83,739-01

# Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

Craig Weldon Sawyer
Michael Unit - TDC #1882550
2664 FM 2054
Tennessee Colony, Tx 75866

November 12, 2015

RE: Sawyer, Craig Weldon
CCA No. WR-83,739-01
Trial Court Case No. 114-0252-13

Please be advised, there is a copy of a letter addressed to the Office of the Clerk and District Clerk Lois Rodgers enclosed along with this cover letter.

Sincerely

Craig Weldon Sawyer

Attn: Office of the Clerk
Lois Rodgers

Please be advised and let the record show that my state appointed attorney Austin Reeve Jackson withdrew from my appeal case. Mr. Austin R. Jackson sent a letter to me stating he could not represent me in the 11.07 proceeds. The letter is dated September 23, 2014.

The state of Texas & Trial Ct. No. 114-0252-13 has failed to notify me that such motion to withdraw was filed by counsel. The State of Texas and trial ct. has also failed to appoint me a new appeal attorney to further represent me and assist me in my endeavors to appeal my conviction.

Also please be advised and let the record show that Craig Welvon Sawyer-Relator has not recieved a response from the Trial Ct. No. 114-0252-13 reguarding my application for a Writ of Habeus Corpus 11.07. I have not been forwarded anything concerning my case or appeal. I am asking and requesting the District Clerk to please forward any and all documents concerning my case on appeal issued by the trial ct. 114-0252-13 from Smith County.

Re: Craig Welvon Sawyer
    CCA No. WR-83,739-01
    Trial Ct. Case No. 114-0252-13

Thank you!
Respectfully

Craig Welvon Sawyer
11.9.15